# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

DELORES VICTORY,                         )
                                         )
        Plaintiff,               )
                                         )
v.                                       )    Case No. CIV-11-281-JHP-SPS
                                         )
MICHAEL J. ASTRUE,                       )
COMMISSIONER OF THE SOCIAL               )
SECURITY ADMINISTRATION,                 )
                                         )
                                         )
        Defendant.              )

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On September 12, 2012, the United States Magistrate Judge entered his Report and Recommendation in regard to Plaintiff's request for judicial review of the decision of the Commissioner of the Social Security Administration. The Magistrate Judge recommended that the decision of the Administrative Law Judge be reversed and remanded pursuant to the fourth sentence of 42 U.S.C. §405(g). The defendant has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

The Court, in its review, has been granted power to enter upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Secretary, with or without remanding the case for a rehearing. *42 U.S.C. §405(g).* This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the

Report and Recommendation entered by the United States Magistrate Judge on September 12, 2012, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

        **IT IS SO ORDERED this 28th day of September, 2012.**

James H. Payne
United States District Judge
Eastern District of Oklahoma